UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORRINDA COOK,

       Plaintiff,                           CASE NO. 10-10016
                                                      DISTRICT JUDGE JOHN FEIKENS
                                                      MAGISTRATE JUDGE R. STEVEN WHALEN

ST. JOHN HOSPITAL &
MEDICAL CENTER,

       Defendant,
_____/

## ORDER GRANTING MOTION TO AMEND COMPLAINT

For the reasons stated in the Report and Recommendation to deny preliminary injunctive relief, filed contemporaneously with this Order, Plaintiff's motion to amend her complaint [Docket #19] is GRANTED..

Plaintiff shall file her amended complaint within seven days of the date of this Order.

IT IS SO ORDERED.


                                                      S/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: August 3, 2010

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 3, 2010.

                                                        S/G. Wilson
                                                      Judicial Assistant