# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DORRINDA COOK,

                Plaintiff,

CASE NUMBER: 10-10016

HON. MARIANNE O. BATTANI

v.

ST. JOHN HEALTH, ST. JOHN HOSPITAL &
MEDICAL CENTER and DOES 1 through 10,

                Defendants.
_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **MARCH 3, 2011 @ 3:00 P.M.**, in Courtroom 272, 231 W. Lafayette Blvd., Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

- MOTION FOR CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE PURSUANT TO SECTION 216(B) OF THE FAIR LABOR STANDARDS ACT filed by plaintiff on December 16, 2010.

The following briefing schedule is to be followed:*

| | |
|---|---|
| **Response Due Date** | 1/31/11 |
| **Reply Due Date** *(The Court requires a reply to every response)* | 2/14/11 |
| **Oral Argument** | 3/03/11 at 3:00 pm |

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was mailed/e-filed to all counsel of record on this date.

Date: 12/16/10

                s/Colette Motowski
                Colette Motowski, secretary to
                Hon. Marianne O. Battani 313-234-2625