**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DORRINDA COOK, an individual, on behalf of herself and others similarly situated,

        Plaintiff,

v.

ST. JOHN HEALTH, ST. JOHN HOSPITAL AND MEDICAL CENTER, and DOES 1 through 10,

        Defendants.
_____/

CASE NO. 10-10016

HON. MARIANNE O. BATTANI

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL**
**CERTIFICATION AND JUDICIAL NOTICE PURSUANT TO**
**<u>SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT</u>**

Now before the Court is Plaintiff's Motion for Conditional Certification and Judicial Notice Pursuant to Section 216(b) of the Fair Labor Standards Act (Doc. No. 46). For the reasons stated on the record at a hearing held March 3, 2011, conditional certification is **GRANTED**.

Accordingly, notice shall be sent to the following individuals:

All registered nurses employed within the three years preceding the filing of this action on a nonexempt, hourly basis, whose pay was subject to an automatic thirty minute meal period deduction, and whose employment with Defendants was not governed by a collective bargaining agreement. Any registered nurses who work(ed) exclusively at Brighton Hospital and Medical Resources are excluded.

**IT IS SO ORDERED.**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

Date: <u>March 3, 2011</u>

**CERTIFICATE OF SERVICE**

    Copies of this Order were mailed and/or electronically filed to counsel of record on this date.

                                              s/Bernadette M. Thebolt
                                              Case Manager